E-FILED
Monday, 25 June, 2007 03:31:26 PM
Clerk, U.S. District Court, ILCD

07-2118

Heidelberg v Chambers

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X R Brown  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery  6/23/07 |
| 1. Article Addressed to:<br>John Chambers<br>3820 E. Main<br>Danville Il<br>61834 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>07-2118<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 2890 0001 1719 8649 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**FILED**

JUN 25 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL