# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CLEVE HEIDELBERG, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 07-1169 |
| JOHN CHAMBERS, | ) ) | |
| Defendant. | ) | |

## O R D E R

I hereby recuse myself from further proceedings in this case pursuant to § 455(a) of Title 28, United States Code.

This case is reassigned to Judge Joe B. McDade pursuant to standing Order.

Entered this 16th day of July, 2007.

        s/ Michael M. Mihm
        MICHAEL M. MIHM
        U.S. DISTRICT JUDGE