E-FILED
Thursday, 01 May, 2008  02:42:19 PM
Clerk, U.S. District Court, ILCD

In the
United States District Court
Central District of Illinois

Heidelberg,
            Petitioner
        v.                         H.C. 07-CV-1169
Chambers,
            Respondent

FILED

MAY 01 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

## Motion For Continuance

Comes Now Cleve Heidelberg, Petitioner Pro Se, and hereby motion this Honorable Court to grant to action to continue all pending proceedings regarding the above entitled case for a period of 60 days. In support of this motion, the following is submitted for the Consideration:

[1.] On 04/8/08 this case was reopened and referred to Chief Judge Michael P. McCuskey for reassignment.

[2.] that Petitioner desires to amend and to obtain Pro Bono legal Counsel Concerning his Habeas Corpus action and he needs approximately 60 days within which to get those actions done.

[Page one]

[3.] that presently Petitioner is without adequate access to the courts; due to his limited time he is permitted to do necessary legal & case research regarding his issues & claims in the Prison's Law Library.

[4.] that due to the nature of the federal issues and the Constitutional claims involved in his case representation by Professional Counsel is necessary. However, Petitioner does not presently have the funds to hire such Counsel.

Therefore, Petitioner Cleve Heidelberg, do pray for a 60 days continuance regarding all proceedings of Case # H.C. 07-CV-1169.

_Cleve Heidelberg_ #C01521
Petitioner

Subscribed and Sworn to before me on this 28th day of April 2008.

Notary Public; Leanne Pate

OFFICIAL SEAL
LEANNE PATE
Notary Public - State of Illinois
My Commission Expires Feb 08, 2011

(Page two)