# In The United States District Court
# Central District of Illinois, Urbana Division

Cleve Heidelberg,
    Petitioner,

-vs.-

Chambers, Warden,
    Respondent.

No. 08-2087
No. 1:07-cv-1169

**FILED**
JUN 19 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## MOTION FOR STATUS

Comes Now Cleve Heidelberg, Pro Se Petitioner in the above entitled case and hereby motions this Honorable Court for the STATUS regarding the aforesaid case. In that,

Since the April 8, 2008 order given by Joe Billy McDade, U.S. District Judge, Central District, Peoria Division, which granted Petitioner certain relief and referred this case back to Chief Judge Michael P. McCuskey for Reassignment.... Petitioner has not been informed either about the Status; any new orders or of the reassignment of this case. Thus, he submits this motion to be informed about the Status of this case. Petitioner's address is: Prison #C01521
Shawnee Correctional Center
P.O. Box 400
Vienna, Ill. 62994

Page 1.

Wherefore, Petitioner seeks the STATUS of the proceedings regarding his Habeas Corpus petition.

Mr. Cleve Heidelberg
Petitioner

ON MY OWN OATH and AFFIRMATION, UNDER Penalty of Perjury this June 15, 2008.