AO 450 (Rev. 5/85) Judgment in a Civil Case

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**CLEVE HEIDELBERG,**
**Petitioner,**

vs.                                                              Case Number: **08-2087**

**JOHN CHAMBERS, Warden,**
**Respondent.**

☐ **DECISION BY THE COURT.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the petition under 28 U.S.C.§2254 is dismissed for lack of jurisdiction.  This case is terminated.

ENTER this 29th day of July 2008.

s/Pamela E. Robinson, Clerk

PAMELA E. ROBINSON, CLERK

s/K. Wynn
BY:  DEPUTY CLERK