## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| **CLEVE HEIDELBERG,** ) | |
| ) | |
| Petitioner, ) | |
| v. ) | Case No. 08-CV-2087 |
| ) | |
| **JOHN CHAMBERS, Warden,** ) | |
| ) | |
| Respondent. ) | |

### **ORDER**

On July 29, 2008, this court entered an Opinion (#21) which granted Respondent's Motion to Dismiss and dismissed the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody (#1) filed by Petitioner, Cleve Heidelberg. This court carefully recounted the procedural history of the case and concluded that Petitioner's Petition was a second or successive petition brought under 28 U.S.C. § 2254 for which he did not seek, much less obtain, authorization to file from the Seventh Circuit Court of Appeals. As a result, this court concluded that it did not have jurisdiction to entertain the Petition.

On August 29, 2008, Petitioner filed a Motion to Vacate Order of Dismissal (#23). Petitioner raised two arguments: (1) this court did not have jurisdiction or venue to dismiss his Petition because he is now housed in the Southern District of Illinois; and (2) this court improperly dismissed his Petition without giving him an opportunity to "respond to the court's dismissal order." Neither of Petitioner's arguments has any merit. First, this court could properly consider Petitioner's Petition and dismiss it as second or successive because Petitioner was "convicted and sentenced" in this district. See 28 U.S.C. § 2241(d). Second, Petitioner had the opportunity to fully respond to Respondent's Motion to Dismiss. This court carefully considered Petitioner's arguments prior to granting the Motion to Dismiss and dismissing Petitioner's Petition.

IT IS THEREFORE ORDERED THAT Petitioner's Motion to Vacate Order of Dismissal (#23) is DENIED.

ENTERED this 3rd day of September, 2008

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE